# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**1100 COMMERCE STREET**
**DALLAS, TEXAS 75242**

CHAMBERS OF
SENIOR JUDGE BAREFOOT SANDERS

PH: 214-753-2375



August 30, 2007

Judicial Conference of the United States
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, NE
Washington, D.C. 20544

**Re:    Amendments to Financial Disclosure Report/Calendar Year 2006**

In your August 16, 2007, letter you raise questions regarding three parts of Part VII of my June 14 Financial Report.   This letter should be considered as an amendment to the June 14 filing.   You point out in the first paragraph of your letter that Column D(3) was left blank for three transactions and the value code (J-P) and additional information should be provided with respect to the following.

Page 1, Line 4. Alliance Bond Fund was redeemed 5/12/06 for $22,419, original cost 12/3/01 $24,441, loss with redemption $2,022.  Value Code is K.

Page 6, Line 8.   You request a Value Code for the purchase of Saturn.  Purchase price was $50,000.   Value Code is K.

Page 6, Line 10.   You request more information on "Treas. Bills Due 3/23/06 and 4/20/06".   These T-BILLS were reported redeemed 3/23/06 and 4/20/06 for profits of $914 and $1980, respectively.   "Redeemed" is a misnomer.   The Bills actually matured on the dates shown.  Except for the profit, $914 and $1980 in interest, the balance paid to me was the principal invested when the T-BILLS were purchased, the cost $49,086 and $98,020, respectively.   The current value is based on the maturity amount plus interest.   Value Code is M.

Page 8, Lines 1-11.   I have added the Value Codes for each of the securities listed. Failure to include in the original filing was an oversight.   See attached.

Page 6, Line 3.   The "Farm Land" listed is in Collin County, Texas.   The Value Code remains W.

Page 8, Line 11. Value Code for the Valero stock (not Valere) is J.   No income was received during the reporting period from the stock.

I believe the foregoing provides the information which you requested.

Sincerely,



BAREFOOT SANDERS

# FINANCIAL DISCLOSURE REPORT

| | | |
|---|---|---|
| Name of Person Reporting | Date of Report | |
| SANDERS | 6/14/07 | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | 20 ed | | | | |
| 1 CONOCO | A | DIV. | L | T | Buy | 3/3 + 4/26 | J K | | |
| 2 FISLB 3.375% | B | INT. | L | T | Buy | 4/23 | F | | |
| 3 Gulf BRZ FLA 4% | B | int. | M | T | " | 4/26 | G | | |
| 4 DETROIT 46% | B | " | L | T | " | 5/16 | F | | |
| 5 TREAS. 3% '68 | B | " | K | T | " | 3/15 | K | | |
| 6 " 4.0% | A | " | L | T | " | 12/28 | M | | |
| 7 TREAS BILL 2/15/07 | A | YIELD | L | T | " | 8/15 | L | | |
| 8 " BILLS 1/18/07 | A | " | N | T | " | 7/17 | C | | |
| 9 TREAS NOTES 5% '68 | A | NONE | L | T | " | 8/14 | M | | |
| 10 " " 4.625% 2/08 | B | NA | L | T | " | 3/14 | M | | |
| 11 VALERO STK. | NONE | DIV. | J | T | " | 10/10 | H | ✓ | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value MethodCodes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost(real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

7

AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sanders Harold Barefoot J. | Northern Dist of Texas | 6/14/07 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Dist Judge | ___ Nomination, Date _____  ___ Initial  ✓ Annual  ___ Final | 1/1 – 12/31/06 |
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1106 Commerce  Dallas TX 75242 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☒ **NONE** (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

RECEIVED 2007 JUN 20 A 11: 11 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ **NONE** (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☒ **NONE** (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☒ **NONE** (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children.  See pp. 25-27 of Instructions.)*

SOURCE                                     DESCRIPTION

☒ **NONE** (No such reportable reimbursements.)

1

2 _____          _____

3

4 _____          _____

5 _____          _____

6 _____          _____

7 _____          _____

## V. GIFTS. *(Includes those to spouse and dependent children.  See pp. 28-31 of Instructions.)*

SOURCE                          DESCRIPTION                          VALUE

☒ **NONE** (No such reportable gifts.)

1                                                                    $

2 _____    _____    $

3 _____    _____    $

4 _____    _____    $

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

CREDITOR                          DESCRIPTION                          VALUE CODE*

☒ **NONE** (No reportable liabilities.)

1

2 _____    _____    _____

3 _____    _____    _____

4 _____    _____    _____

5 _____    _____    _____

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SANDERS | 6/14/06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 DFW Bran Jefs 6.75% | B | Int. | | | Redeem | 11/6 | √ | B | |
| 2 UT Austin 5 3/8 % | C | Int. | L | T | | | | | |
| 3 Harris County T+ 5+ | B | " | L | T | | | | | |
| 4 Alliance Bond Fund | D | " | | | Redeem | 5/12 | | | Loss |
| 5 EverGreen Money Mkt | D | " | L | T | | | | | |
| 6 Williams Cos. | A | " | √ | T | | | | | |
| 7 Fidelity Emerg Asia | None | | √ | T | | | | | |
| 8 Nuveen Growth | A | Div. | √ | T | | | | | |
| 9 Aim Govt Fund | D | " | L | T | | | | | |
| 10 AES Corp | None | | √ | T | | | | | |
| 11 Alliance World | C | Div | K | T | | | | | |
| 12 Amer Ann Hess | A | Div. | K | T | | | | | |
| 13 Biopure | None | | √ | T | | | | | |
| 14 CNET | None | | √ | T | | | | | |
| 15 CSX | A | Div | L | T | | | | | |
| 16 Duff Phelps Utls | D | Div. | L | T | | | | | |
| 17 Devon Energy | A | Div | √ | T | Buy More | 3/21 | √ | | Purchase |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Sanders | 6/14/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Enterprise Producrs | F | DIV | N | T | | | | | |
| 2 First Industrial | B | " | J | T | | | | | |
| 3 Hartford Income | B | " | K | T | | | | | |
| 4 Foster Wheeler | A | " | J | T | | | | | |
| 5 Glaxo | B | " | L | T | | | | | |
| 6 Illinois Tool | A | " | J | T | | | | | |
| 7 Kinder Morgan Inc. | A | " | J | T | | | | | |
| 8 Liberty Propry | A | " | J | T | | | | | |
| 9 Merck | A | " | K | T | | | | | |
| 10 Merrill Lynch Common | A | " | K | T | | | | | |
| 11 " " PFD, | C | " | L | T | | | | | |
| 12 Mesa Offshore | None | | J | T | | | | | |
| 13 Nuveen Select #1 | D | DIV. | L | T | | | | | |
| 14 " " # 2 | D | DIV. | L | T | | | | | |
| 15 | | | | | | | | | |
| 16 Nuveen Municipls | D | DIV | K | T | | | | | |
| 17 Peerless Mfg. | None | | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Sanders | 6/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Pepsico Common | D | Div | O | T | | | | | |
| 2 Pioneer | A | Div | L | T | | | | | |
| 3 Plains All American | C | Distrib | L | T | | | | | |
| 4 Royal Dutch | B | Div | K | T | | | | | |
| 5 AT&T | A | Div | J | T | | | | | |
| 6 Sabine Royalty | E | Distrib | N | T | | | | | |
| 7 St Paul | A | Div | K | T | | | | | |
| 8 TX u | D | Div | M | T | | | | | |
| 9 Yum Brands | A | Div | J | T | | | | | |
| 10 Tupperware | A | " | J | T | | | | | |
| 11 Westar | B | " | J | T | | | | | |
| 12 Aquila Commons | None | | J | T | | | | | |
| 13 Whirlpool | A | Div. | K | T | | | | | |
| 14 Zweig | B | Div. | J | T | | | | | |
| 15 Alliance Tech | None | | K | T | | | | | |
| 16 Cardinal | C | Distrib | K | W | | | | | |
| 17 Tren. Nelge | C | Int. | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| *Sanders* | 6/14/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 TV A.? PFD | B | INT. | K | T | | | | | |
| 2 Univ. Conn. Bonds | B | INT. | M | T | | | | | |
| 3 Richardson TX Bonds | D | INT | M | T | | | | | |
| 4 Austin TX Bonds | P | INT. | M | T | | | | | |
| 5 Comerica PFD. | C | DIV. | L | T | | | | | |
| 6 SBC Notes | D | INT. | M | T | | | | | |
| 7 Aquila PFD. | C | DIV | L | T | | | | | |
| 8 KW ISD Bond. | B | INT. | L | T | | | | | |
| 9 San Antonio So | C | " | M | T | | | | | |
| 10 Treas Notes | B | " | L | T | | | | | |
| 11 Victoria TX Bonds | B | " | L | T | | | | | |
| 12 Ohio Bsp Fd | B | " | V | T | part Redeem 3/31/07 | | J | | Grin |
| 13 South Carolina | B | " | L | T | | | | | |
| 14 Jay FLR. 4 G2r | C | " | L | T | | | | | |
| 15 TX Water Bonds | B | " | L | T | | | | | |
| 16 Kansas Bonds | B | " | L | T | | | | | |
| 17 Treas Inflation Notes | C | " | M | T | | | | | |

---

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

4

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Sanders | 6/14/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code] (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 TREAS INFLATH NOTES | B | INT. | L | T | | | | | |
| 2 TREAS BONDS '31 | D | " | M | T | | | | | |
| 3 KINDER MORGAN PTHRS | B | DIV. | K | T | | | | | |
| 4 PUBLIC STORAGE C. 5 PFD | C | " | L | T | | | | | |
| 5 TREAS NOTES 2.375 | B | INT. | K | T | | | | | |
| 6 " " 2.225 | B | " | L | T | | | | | |
| 7 FNMA 3.375 | E | " | L | T | | | | | |
| 8 " 3.432 | C | " | K | T | | | | | |
| 9 " 3.3 | B | " | K | T | | | | | |
| 10 JAX FLA. 2.75 | B | " | K | T | | | | | |
| 11 VIRGINIA BOND | B | " | L | T | | | | | |
| 12 FIDOC CLAYMORE | A | " | K | T | | | | | |
| 13 NAT'L WESTERN | A | DIV | L | T | | | | | |
| 14 AMER. FINANCIAL | A | " | J | T | | | | | |
| 15 INDUSTRIAL INVEST MT | C | DISTR. | K | U | | | | | |
| 16 SERIES E BONDS | HONE | | K | T | | | | | |
| 17 UNDIV INT. LAND | M | | K | W | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 =$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real es ate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

5

| Name of Person Reporting | Date of Report |
|---|---|
| Sanders | 6/14/07 |

## VII. Page 1  INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children.  See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  MEDCO | None | √ | T | | | | | | |
| 2  Direct TV | " | √ | T | | | | | | |
| 3  Farm Land | " | O | W | | | | | | |
| 4 | | | | | | | | | |
| 5  U.S. Treas. (I) | | | | | | | | | |
| 6  Bonds (I) | None | K | T | | | | | | |
| 7  Royal Bk Scotland | B | int. | L | T | | | | | |
| 8  Saturn & BFB 25 | B | Div. | K | T | Buy | 2/8 | | | |
| 9  Treas Bills due | | | | ) | | | | | |
| 10  3/27/06 r 4/20/06 | Redeemed | M | T | | | | | | |
| 11  / | | | | | | | | | |
| 12  Duncan Oil | None | | | Royalty Abandoned | | W | | | |
| 13  Sw Operating | A | Rpy | √ | W | | | | | |
| 14  Chevron | A | " | K | " | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001- $100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001- $100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

6

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Sanders | 6/14/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Home Depot | A | Div | ✓ | T | | | | | |
| 2 MFS | B | " | " | " | | | | | |
| 3 Merck | A | " | " | " | | | | | |
| 4 SW Airlines | A | " | " | " | | | | | |
| 5 Ever Green Monasma | A | int. | ✓ | T | | | | | |
| 6 Huveen Tax Free | "s | " | K | T | | | | | |
| 7 HI Source | "p | Div | ✓ | T | | | | | |
| 8 Biopure | None | ✓ | T | | | | | | |
| 9 Time Warner | A | Div | ✓ | T | | | | | |
| 10 Yahoo | " | " | " | " | | | | | |
| 11 Citizens Core Grp | None | " | " | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G $100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

6A

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| S B HOFERS | 6/14/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Co e 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Id ntity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or t ansactions.) | | | | | | 20⁰⁶ | | | |
| 1 Conoco | A | Div | L | T | Buy | 3/3 4/26 | | | |
| 2 FHLB 3.375% | B | Int. | L | T | Buy | 4/23 | | | |
| 3 Gulf Brz Fla 4% | B | int. | M | T | " | 4/26 | | | |
| 4 Detroit 46% | B | " | L | T | " | 5/16 | | | |
| 5 Treas. 3% '68 | B | " | K | T | " | 7/15 | | | |
| 6 " 4.8% | A | " | L | T | " | 12/28 | | | |
| 7 Treas Bill 2/15/07 | A | Disc | L | T | " | 5/15 | | | |
| 8 " Bills 1/18/07 | A | " | N | T | " | 7/17 | | | |
| 9 Treas Notes 5% '68 | A | None | L | T | " | 8/14 | | | |
| 10 " " 4.625% 2/08 | B | Nat- | L | T | " | 3/14 | | | |
| 11 Vagers Stk. | None | Div. | J | T | " | 10/10 | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

7

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sanders | 6/14/07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████████████████     Date  6/14/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544